IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY GILL, as Administratrix of the Estate of Marshall Gill, individually and on behalf of all similarly situated persons,<br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and SIROTE & PERMUTT, PC,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 15-00162-KD-N<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b) and dated June 1, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** this the 16th day of June 2015.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**